Decided February 3, 2012

## STATE OF CONNECTICUT *v.* TYRONESHA MILES

The defendant's petition for certification for appeal from the Appellate Court, 132 Conn. App. 550 (AC 32421), is denied.

*Elizabeth M. Inkster,* senior assistant public defender, in support of the petition.

*Linda F. Currie-Zeffiro,* assistant state's attorney, in opposition.

Decided February 3, 2012

## STATE OF CONNECTICUT *v.* STEVEN ROSE

The defendant's petition for certification for appeal from the Appellate Court, 132 Conn. App. 563 (AC 33014), is denied.

*James B. Streeto,* assistant public defender, in support of the petition.

*Leon F. Dalbec, Jr.,* senior assistant state's attorney, in opposition.

Decided February 3, 2012